Joseph Bresch #71755509
Name

2000 Cibola loop milan nm 87020
Address

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 12 2022

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Joseph michael Bresch #71755509, Plaintiff
(Full Name)

CASE NO. 22cv759 DHU-JFR
(To be supplied by the Clerk)

v.

, Defendant(s)

#1 Cibola county correctional center
#2. C/O R. Pine

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

### A. JURISDICTION

1) Joseph Bresch #71755509 (Plaintiff), is a citizen of New Mexico (State) who presently resides at Cibola county correctional center (Mailing address or place of confinement) 2000 Cibola loop milan NM 87020

2) Defendant R. Pine (Name of first defendant) is a citizen of Grants/milan New mexico (City, State), and is employed as correctional officer (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☐ No ☒ If your answer is "Yes", briefly explain:

XE-2   2/78   CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant <u>Cibola County Correctional Center</u> is a citizen of
   (Name of second defendant)
   <u>Milan New Mexico</u>, and is employed as
   (City, State)
   <u>Correctional Center</u>. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☒   If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

On 09-21-22 at around 7:30-8:00 AM I was assulted on crama at Cibola county correctional by officer c/o R. Pine in the manner of Physcall Assult and sexual assult c/o R. Pine grabd me slamd me agyunseet my door frame wile in 500 c pod #105 the R. Pine spit in my face pushed into my cell and addvenced onto mey cell I was scard so I struk him in diffnce the he rusted me punching me the grabed my pines ripping skin off my pines. Then I was refused porpper medacall treatment as well as pychaul treatment for over 3 days. C/o R. Pine is on addmenastritere leave right now and it is under investigation. There is video as well as pocamention by nurse proveiny meedacel treatment for the indisent as well as doctomnacn for the physecul abuse and sexual assvit by nurse dave.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: To Be Free from Sexual Assult:

Sexual Assult / Phescaul Assult

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

By of R.pine

On 09-21-2022 at around 7:30 - 8:00 Am wile on tear we were tould to lock down for count. I was on the phone and C/O R. Pine caud centrel to cut off the phones I asked him why he would do that he tould me to lock the F*** down so I did He then fowowed me to my cell Leveing No space Between us. once In my cell I turnd around and tould him to give me space he then grabed me spit in my face and thrtough me In my cell then he Rusied me puncuing me through me outop of my celly then said you think you got Big Nuts gRabed my pinis and Balls Pulling And Twisting them cassuing Skin To Be Trune off my pines.

B)(1) Count II: Exsissive Forse and Abusse of Power on a Inmate.

(2) Supporting Facts:

On 09-21-22 at around 7:30-8:00 Am I was slamd Againsed my door frame spet on In my face Throughn Into my cell And punchend on nurumous Times By C/O R. Pine. On crama then he grabed my pintnes Rifing Skine off. wile saying you think you have big Balls you little bitch.

C)(1) Count III:

Sexual Assult

(2) Supporting Facts:

On 09-21-22 at Around 7:30-8:00 Am I was sexualy Assuited By C/O R.Pine By him gRabing my Pines and Balls pulling them extremly hard with such Forse he Riped skin off my Pines wile he was pulling on my Pines he said you think you got Big Balls you Little Bitch

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐  No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number:

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

E.  REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$500,000.00 and c/o R.Pine to Be Fired And Never Be ReHireable at any facility

_____   /s/ Joseph M Phresch
Signature of Attorney (if any)        Signature of Petitioner

Attorney's full address and telephone number.

XE-2   2/78                              - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at  Cibola County Correctional Center   on  10-10   2022
  (Location)                                                                    (Date)

_Joseph M Bresck_
(Signature)

Return address:

Joseph Bresch # 71755509
2000 Cibola Loop
Milan NM, 87020

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 12 2022
MITCHELL R. ELFERS
CLERK

Addressee:

US District Court
District of New Mexico
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd NW, Suite 270
Albuquerque, NM, 87102