IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH BRESCH,

     Plaintiff,

v.                                   No. 22-cv-0759 DHU-JFR

CIBOLA COUNTY
CORRECTIONAL CENTER, *et al*,

     Defendants.

**ORDER OF DISMISSAL**

This matter is before the Court following Plaintiff's failure to pay the initial partial filing fee in connection with his Civil Rights Complaint (Doc. 1). Plaintiff is incarcerated and proceeding *pro se.* By an Order entered November 3, 2022, the Court granted leave to proceed *in forma pauperis* and directed Plaintiff to make an initial partial payment of $14.44 within thirty days. *See* Doc. 3. Such payment is required by statute. Section 1915(b) of Title 28 requires inmates to make an initial partial payment equal to 20% of their average monthly deposits or average monthly balance, whichever is greater. The Order warned that if Plaintiff fails to timely make the payment, this case may be dismissed without further notice.

The payment deadline was December 3, 2022. Plaintiff did not comply, show cause for such failure, or otherwise respond to the Order. Accordingly, the Court will dismiss the Complaint pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003). This dismissal is without prejudice to refiling, and it does not count as a "strike" for purposes of the three-strike rule under 28 U.S.C. § 1915(g). *See Carbajal v. McCann*, 808 Fed. App'x 620, 629 (10th Cir. 2020)

(addressing the three-strike rule and distinguishing procedural dismissals under Rule 41(b) from screening dismissals for failure to state a claim).

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint (**Doc. 1**) is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); and the Court will enter a separate Judgment disposing of this civil case.

 

UNITED STATES DISTRICT JUDGE